UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

HOWARD T. LINDEN, as Personal
Representative of the Estate of
RICHARD J. PAFFHAUSEN, Deceased,

    Plaintiff,

Case No. 1:23-cv-1116

v.

Hon. Paul L. Maloney

COUNTY OF ST. JOSEPH, et al,

    Defendants.

_____/

**ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE**

This matter was scheduled for a Rule 16 Conference this date with the undersigned. Pursuant to the agreement of the parties, the case shall be **STAYED** and **ADMINISTRATIVELY CLOSED** pending the resolution of bankruptcy issues. The parties will notify the Court when those issues have been resolved and the Rule 16 Conference will be rescheduled

**IT IS SO ORDERED.**

Dated: April 16, 2024

/s/ Ray Kent
RAY KENT
United States Magistrate Judge